IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CATHERINE HOWER and GRANT HOWER | : | |
| | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 08-1736 |
| | : | |
| WAL-MART STORES, INC. | : | |

**ORDER**

AND NOW, this 16th day of June, 2009, upon consideration of Defendant's Motion for Summary Judgment (Doc. No. 11), and all documents submitted in support thereof and in opposition thereto, it is ORDERED that the Motion is GRANTED. The Clerk is directed to enter JUDGMENT in favor of Defendant and against Plaintiff and mark this matter as closed.

IT IS SO ORDERED.

BY THE COURT:

/s/ R. Barclay Surrick
R. Barclay Surrick, J.