IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CATHERINE HOWER and GRANT  :
HOWER          :     CIVIL ACTION
             :
     v.       :     NO. 08-1736
             :
WAL-MART STORES, INC.    :

## ORDER

    AND NOW, this __10th__ day of July, 2009, upon consideration of Plaintiffs' Motion for

Reconsideration (Doc. No. 21), and all documents submitted in support thereof and in opposition

thereto, it is ORDERED that the Motion is DENIED.

    IT IS SO ORDERED.

             BY THE COURT:


             _____
             R. Barclay Surrick, J.